**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

PNC BANK, NATIONAL
ASSOCIATION,

    Plaintiff,

v.                                            Case No: 5:15-cv-563-Oc-30PRL

MARANATHA PROPERTIES, INC.
and JUAN ADRIATICO,

    Defendants.

_____

**ORDER**

THIS CAUSE comes before the Court on RH FL, LLC's Motion to Substitute Plaintiff and Counsel for Plaintiff (Doc. 70), Defendants' response in opposition (Doc. 73), and RH FL, LLC's reply (Doc. 76). The Court has considered these filings and the relevant law, and concludes as follows:

RH FL, LLC filed a motion to substitute as Plaintiff for PNC Bank, National Association ("PNC"), to which PNC consents. Defendants oppose the substitution, arguing RH FL, LLC is not the original payee of the Note. Defendants further oppose the Court granting summary judgment in favor of RH FL, LLC because RH FL, LLC's motion did not contain any sworn proof that it holds the Note.

The Court concludes RH FL, LLC's motion should be granted. RH FL, LLC sufficiently authenticated the transfer of interest in the Note from PNC. Defendants' arguments are, therefore, without merit.

Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. RH FL, LLC's Motion to Substitute Plaintiff and Counsel for Plaintiff (Doc. 70) is GRANTED.

2. RH FL, LLC shall be substituted as Plaintiff in place of PNC Bank, National Association.

3. The Clerk is directed to change the caption of this case to reflect the substitution of RH FL, LLC as Plaintiff.

4. Counsel for PNC Bank, National Association is relieved as counsel for Plaintiff in this matter.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of October, 2016.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record